Dorland
v.
Dorland.

DORLAND *against* DORLAND and WILLETS.

THE judgment being for the plaintiff, on confession upon bond and warrant of attorney, he issued a *fi. fa.* to the sheriff of Onondaga, returnable in February term last; which was levied on certain property of Willets. After the return day, but before the return of this *fi. fa.* the plaintiff discovered other property of Willets, not levied upon. Whereupon the plaintiff obtained a stipulation from Dorland, one of the defendants, that a second *fi. fa.* might issue to the sheriff of the same county, and that he would not move to set it aside. He then issued a second *fi. fa.* to the same sheriff, and caused it to be levied on Willets' property so found ; which

*A second fi. fa. cannot issue, until the first, (if levied,) be returned, unless it be to a county other than that to which the first issued.*

*J. A. Dunlap* now moved to set aside as irregular.

*W. Crafts*, contra, cited 14 John. 330 ; 2 Cowen, 495.

*Curia.* The second execution was irregular. The farthest we have gone, before the first execution returned, is, to allow another in a county different from the one to which the first issued. The consent of Dorland cannot affect the rights of Willets. The second *fi. fa.* and all subsequent proceedings upon it, must be set aside with costs, on the defendant, Willets, stipulating to bring no action for the levy under it.

Rule accordingly.